# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

    Petitioner,

v.

Bret K. Olseth, and Ecreativeworks, Inc.,

    Respondents.

Case No. 18-mc-36 (MJD/SER)

**ORDER**

The above-captioned case came before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. (ECF No. 10). No objections to the Report and Recommendation were filed within the requisite time period.

Accordingly, **IT IS HEREBY ORDERED** that the United States' Petition to Enforce Internal Revenue Summonses, (ECF No. 1), is **GRANTED** as follows:

1. Respondent Bret K. Olseth shall comply with the December 22, 2017 summons issued to him personally by producing all documents and information responsive thereto no later than February 15, 2019.

2. Respondent Ecreativeworks, Inc. shall comply with the December 22, 2017 summons related to Form 940 and Form 944 information by producing all documents and information responsive thereto no later than February 15, 2019.

Date: January 29, 2019						s/ Michael J. Davis
								Michael J. Davis
								United States District Judge
								District of Minnesota

								*United States v. Olseth, et al.*
								Case No. 18-mc-36 (MJD/SER)